UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CHRISTOPHER McDANIEL,

       Plaintiff,

   v.                                Case No. 15-13892

T. BECHARD and P. STEELE,        HON. TERRENCE G. BERG
                                     HON. DAVID R. GRAND

       Defendant.

_____/


## <u>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 35)</u>

This matter is before the Court on Magistrate Judge David R. Grand's
August 2, 2017 Report and Recommendation (Dkt. 35), recommending that
Defendants' Motion to Dismiss and/or for Summary Judgment (Dkt. 24) be
GRANTED.

The Court has reviewed the Magistrate Judge's Report and Recommendation.
The law provides that either party may serve and file written objections "[w]ithin
fourteen days after being served with a copy" of a report and recommendation.
28 U.S.C. § 636(b)(1).  The district court will make a "*de novo* determination of those
portions of the report . . . to which objection is made." *Id.*  Where, as here, neither
party objects to the report, the district court is not obligated to independently
review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985).  The Court will
therefore accept the Magistrate's Report and Recommendation of August 2, 2017 as
this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Grand's Report and Recommendation of August 2, 2017 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Defendants' Motion to Dismiss and/or for Summary Judgment is **GRANTED** and that Plaintiff's claims are **DISMISSED WITH PREJUDICE** except for his Eighth Amendment claim for alleged denial of food, which is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

Dated: August 25, 2017                    s/Terrence G. Berg
                                          TERRENCE G. BERG
                                          UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that this Order was electronically submitted on August 25, 2017, using the CM/ECF system, which will send notification to all parties.

                                          s/A. Chubb
                                          Case Manager